**STATE of Missouri, Respondent,**

v.

**Robert LADD, Appellant.**

**Robert Lee LADD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 50203, WD 51611.**

Missouri Court of Appeals,
Western District.

May 14, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 2, 1996.

Application to Transfer Denied
Aug. 20, 1996.

Jeannie Arterburn, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### *ORDER*

PER CURIAM.

These are consolidated appeals from the convictions, after jury trial, of first degree murder, first degree robbery, two counts of armed criminal action, kidnapping and the dismissal of appellant's Rule 29.15 motion as untimely.

The judgment of conviction and dismissal of the Rule 29.15 motion are affirmed. Rules 84.16(b) and 30.25(b).